No. 1015. ALLEN v. GEORGIA. Ct. App. Ga. Certiorari denied. *Frank B. Hester* and *Richard M. Hester* for petitioner. *Lewis R. Slaton* for respondent. ▮

No. 1062. RISO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1065. CROCKETT ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Leo E. Holt* for petitioners. ▮

No. 1066. ROSEN ET AL. v. EASTERN AIRLINES, INC. C. A. 5th Cir. Certiorari denied. *Leonard Moriber* for petitioners. *W. Glen Harlan* and *E. Smythe Gambrell* for respondent.

No. 1068. PHOENIX NEWSPAPERS, INC., ET AL. v. CHURCH. Sup. Ct. Ariz. Certiorari denied. *Mark Wilmer* for petitioners.

No. 1072. KARCHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jack J. Taffer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1077. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Charles M. Berg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.